**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

| | |
|---|---|
| Date: November 20, 2008 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Darlene Martinez |

Criminal Action No.: 08-cr-00318-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | David M. Conner |
| | James B. Nelson |
| Plaintiff, | |
| v. | |
| 1.   WAYNE D. BREITAG, | Kevin M. McGreevy |
| Defendant. | |

**COURTROOM MINUTES**

**2:05 p.m.    Court in session.**

Court calls case. Appearance of Defendant waived for today's hearing.

Preliminary remarks by the Court.

Discussion regarding status of case and deposition schedule.

Argument by Mr. Nelson.

Argument by Mr. McGreevy.

Comments and Rulings by the Court.

**ORDERED:** After discussion, **United States' Renewed Motion For An Order To Take And Preserve For Use At Trial The Deposition Of A Prospective Government Witness (Filed 10/29/08; Doc. No. 81) is GRANTED.** The Deposition will take place on **December 19, 2008 at 1:00 p.m.** in the Court's Jury Room **and continue on January 9, 2009 at 9:00 a.m.,** if necessary.

**ORDERED:** Renewed Motion To Continue Trial Pursuant To 18 U.S.C. §3161(h)(8)(A) is GRANTED.

**ORDERED:  The 7-day jury trial is set to begin February 17, 2009 at 9:00 a.m.**

**ORDERED:  The Final Trial Preparation Conference / Motions Hearing is set on February 13, 2009 at 2:00 p.m.**

**ORDERED:  Motion For Disclosure Of 404(b) Evidence (Filed 10/3/08; Doc. No. 34); and, Motion for Release and Disclosure Of Grand Jury Testimony And Exhibits (Filed 10/3/08; Doc. No. 33) are DENIED WITHOUT PREJUDICE to be reasserted at a later date, if necessary.**

Discussion regarding jury instructions.

**2:28 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:23