IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-318-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**WAYNE BREITAG,**

       Defendant.

---

## ORDER RULING ON OBJECTIONS AT DEPOSITION

Kane, J.

This matter is before the court on the deposition conducted on December 19, 2008. My rulings on the objections made during the course of the deposition are listed by page number, followed by line number and ruling.

    19:10 - Overruled.

    31:17 - Overruled.

    45:20 - Overruled.

    52:10 - Sustained.

    66:11 - Overruled.

    72:16 - Sustained.

    74:4 - Sustained and granted.

    77:21 - Overruled.

    80:11 - Overruled.

97:1 - Overruled.

130:19 - Overruled.

131:5 - Overruled.

137:1 - Overruled.

138:15 - Overruled.

138:25 - Overruled.

145:10 - Overruled.

Dated: March 3, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court