IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date: July 14, 2009 | Deputy Clerk: LaDonne Bush<br>Court Reporter: Kara Spitler |

Criminal Action No. 08-cr-00318-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.    WAYNE D. BREITAG,<br><br>    Defendant. | David Conner<br>James Nelson<br><br><br><br><br>Richard L. Russman |

## COURTROOM MINUTES

Status Conference and Trial Setting

10:27 a.m.    Court in session.

Argument by Mr. Russman and Mr. Nelson regarding the Motion to Transfer Case for Trial.

**ORDERED**:   Motion to Transfer Case for Trial (Doc. 137 ) is denied.  Trial is set August 17, 2009.  Final trial preparation conference is set August 13, 2009, at 10:00 a.m., and counsel may appear by telephone.  Jury instructions shall be submitted before August 13, 2009.

10:35 a.m.    Court in recess.

Hearing concluded.
Time: 00:08